UNITED STATES DISTRICT COURT
FOR THE NEW YORK-NORTHERN

UNITED STATES OF AMERICA,

    Plaintiff,

Case No.: 5:12-CV-00788-FJS-DEP

    v.

SUSAN CAREY

    Defendant

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and complaint on May 22, 2012, and an affidavit on behalf of the plaintiff having been filed, it is this 20TH day of September, 2012, declared that:

Defendant herein is in default.

NOW, on Motion of Gary J. Valerino, United States Attorney, the Plaintiff's attorney, it is hereby adjudged that the United States of America, the Plaintiff, whose address is c/o United States Attorney, P.O. Box 7198, 900 Federal Building, Syracuse, New York 13261-7198, recover of Susan Carey, defendant, who resides at; 301 Robineau Road, Syracuse, New York 13207 damages in the amount of $61,136.38 *~~together with a $350.00 court filing fee pursuant to 28 U.S.C. 2412(a)(2)~~*: and have execution therefor.

LAWRENCE K. BAERMAN, CLERK

BY: *Barbara J Woodford*
      Deputy Clerk

\* filing fee waived