# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### DEFAULT JUDGMENT IN A CIVIL CASE

**United States of America**

      Plaintiff,

vs.                         **CASE NUMBER:** 5:12-CV-788 (FJS/DEP)

**Susan Carey**

      Defendant

[X]    **Decision by the Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to defendant's failure to plead or otherwise defend this action though duly served with summons and complaint on May 22, 2012, Clerk's entry of default was entered on July 27, 2012. Therefore judgement is awarded to plaintiff for damages in the amount of $51,427.75 and interest in the amount of $9,708.63 for a total award of $61,136.38, plus post judgment interest pursuant to 28 USC section 1961.

DATED: October 12, 2012

*[signature]*
Clerk of Court

/s
_____
Nicole Killius
Deputy Clerk